39 A.3d 150

IN THE MATTER OF DEBORAH T. FELDSTEIN, AN ATTORNEY AT LAW (ATTORNEY NO. 030521994).

October 27, 2010.

## ORDER

This matter have been duly presented to the Court pursuant to *Rule* 1:20–10(b), on the granting by the Disciplinary Review Board of a motion for discipline by consent (DRB 10–195) in respect of **DEBORAH T. FELDSTEIN** of **DENVILLE**, who was admitted to the bar of this State in 1994;

And the District X Ethics Committee and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.5(b) (failure to set forth in writing the basis or rate of attorney's fee) and *RPC* 1.7(a) and (b) (conflict of interest);

And the parties having agreed that respondent's conduct violated *RPC* 1.5(b), *RPC* 1.7(a) and *RPC* 1.7(b), and that said conduct warrants a reprimand;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's ethics violations and having granted the motion for discipline by consent in District Docket No. X–2007–0076E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **DEBORAH T. FELDSTEIN** of **DENVILLE** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.